UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:19-cv-327-AW-GRJ

**LEE A. STEPHENS,**

    Plaintiff,

v.

**GEOVERA SPECIALTY
INSURANCE COMPANY,**

    Defendant.

_____/

## JOINT SCHEDULING REPORT AND REPORT OF THE PARTIES' PLANNING MEETING

Plaintiff, LEE A. STEPHENS ("Plaintiff"), and Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("Defendant"), pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b) and this Court's Initial Scheduling Order (Doc. 5) dated January 8, 2020, submit this report of items discussed by the undersigned attorneys for Plaintiff and Defendant by telephone on February 7, 2020. Plaintiff and Defendant agree that this case should be scheduled on the Standard Track. Plaintiff and Defendant also report the following:

1. **MEETING:** The following persons participated in a Rule 26(f) conference on February 7, 2020, by telephone conference:

   Tammy Hammack-Barber, Esquire representing the Plaintiff
   Kristina Marsh, Esquire representing the Defendant

2. **MAGISTRATE JUDGE JURISDICTION:** The parties have conferred and do not agree to Magistrate Judge jurisdiction.

3. **NATURE AND BASIS OF ALL CLAIMS AND DEFENSES**:
    Plaintiff has instituted this breach of contract action against the Defendant, Geovera Specialty Insurance Company, for Defendant's denial of a homeowner's insurance claim for water damage related to the plumbing system. Defendant alleges that all amounts due under the policy of insurance have been tendered and the damages sought by the Plaintiff are not covered by the Policy.

4. **SETTLEMENT**:

    It is unknown whether this matter can be settled at this time. The parties agree that mediation would be helpful in reaching a resolution.

5. **PROPOSED TIME TABLES AND CUT OFF DATES**:
    The parties request that the Initial Scheduling Order be revised in accordance with the agreed deadlines set forth below to allow sufficient time for expert investigations to be completed and to accommodate the schedules of the parties, attorneys, witnesses, and experts:

    (a) **Joinder Of Other Parties**: March 27, 2020
    (b) **Amendments To The Pleadings**: April 30, 2020
    (c) **Plaintiff's Expert Disclosure**: May 15, 2020
    (d) **Defendant's Expert Disclosure**: May 30, 2020
    (e) **Plaintiff's Rebuttal Disclosure**: June 5, 2020
    (f) **Discovery Deadline**: August 28, 2020
    (g) **Dispositive Motions/Motions For Summary Judgment**: September 25, 2020.
    (h) **All Other Motions**: October 23, 2020.
    (i) **Pretrial Disclosures**: The parties propose submitting their pretrial disclosures pursuant to Fed.R.Civ.P. 26(a)(3) on or before November 6, 2020. The parties acknowledge that pursuant to this Court's Initial Scheduling Order (Doc. 5) dated January 8, 2020, paragraph (2)(d) that this Court advises that it will enter a separate order setting a pretrial conference specifying the parties' comprehensive trial disclosure and preparation requirements. The parties include this date, therefore, for the sake of completeness.

(j) **Proposed Date For Trial**: December 7, 2020[1].
**Reason For Proposed Trial Date In Excess of 8 Months From Date of Filing The Case**:
This case was removed to this Court on December 18, 2019. On January 16, 2020, the Plaintiff filed a Motion to Remand. On January 27, 2020, Defendant filed its Response in Opposition to Plaintiff's Motion for Remand. The issues set forth in Plaintiff's Motion (Doc. 6) and Defendant's Response (Doc. 8) are pending before this Court.
This case involves multiple experts on each side, multiple depositions, and a potential dispute as to policy interpretation. In addition, Defendant's experts must conduct an inspection of the property, the plumbing, and the system alleged to be at issue in this case. Likewise, additional investigation and inspections may become necessary following the Mandatory Initial Disclosure and expert disclosures set forth here. Finally, counsel for Defendant has multiple trial conflicts from September 2020 through January 2021.

6. **DISCOVERY PLAN**: The parties propose the following discovery plan:

   (a) **Discovery Will Be Needed On The Following Subjects**: The cause of the damages related to Plaintiff's insurance claim and cost to repair the damage.

   (b) **Electronic Data**: Not applicable at this time.

   (c) **Maximum Number of Interrogatories, Requests For Production, Requests For Admissions and/or Depositions; Maximum Time For Depositions**: The parties agree to follow the Local Rules for the United States District Court for the Northern District of Florida and the Federal Rules of Civil Procedure.

---

[1] The Defendant, GeoVera Specialty Insurance Company, tentatively agreed to this date in an effort to reach compromise on a trial date without pushing trial of this matter into 2021. The Defendant, GeoVera Specialty Insurance Company, hereby notifies this Court that the undersigned counsel and GeoVera have trial conflicts through January 2021. This proposed trial date conflicts with another case currently set for trial in the matter of *Ultra Contractors, LLC v. GeoVera Specialty Insurance Company*, Case No. 6:19-cv-237-Orl-41GJK. The Defendant gives notice to the Court at this time of this possible trial conflict and the potential need to seek a continuance of this case if one of the two trial conflicts does not resolve in the next few months.

(d) **Supplemental Disclosures**: Pursuant Fed.R.Civ.P. 26(e) the parties shall supplement a discovery response within 20 days of learning that the discovery response is incorrect and/or incomplete.

**OTHER MATTERS**:

The parties agree to exchange Mandatory Initial Disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), on or before March 6, 2020.

7. **MANUEL FOR COMPLEX LITIGATION**: The parties do not believe that this matter is subject to the Manual for Complex Litigation.

DATED this 11th day of February, 2020.

*s/Tammy Hammack-Barber*
Tammy Hammack-Barber
Florida Bar No. 105976
The Nation Law Firm, LLP
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (407) 339-1104
Facsimile:  (407) 339-1118
Email:  jrauchwarg@nationlaw.com
and thammack@nationlaw.com
*Attorneys for Plaintiff*

*s/Kristina L. Marsh*
Kristina L. Marsh
Florida Bar Number 311080
Gordon Rees Scully Mansukhani
601 S. Harbor Island Boulevard
Suite 109
Tampa, Florida 33602
Telephone: (813) 444-9700
Facsimile:  (813) 377-3505
E-mail:  kmarsh@grsm.com;
jmdeleon@grsm.com;
tflynn@grsm.com
kwarrington@grsm.com
*Attorney for Defendant*